IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| LASHASTA KNIGHTON, § | |
| Petitioner, § | |
| § | |
| VS. § | CIVIL ACTION NO.4:05-CV-538-Y |
| § | |
| GINNY VAN BUREN, Warden, § | |
| FMC-Carswell, § | |
| Respondent. § | |

ORDER ADOPTING
MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

In this action brought by petitioner Lashasta Knighton under 28 U.S.C. § 2241, the Court has made an independent review of the following matters in the above-styled and numbered cause:

1. The pleadings and record;

2. The proposed findings, conclusions, and recommendation of the United States magistrate judge filed on September 15, 2005; and

3. The petitioner's written objections to the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on October 12, 2005.

The Court, after de novo review, concludes that Knighton's objections must be overruled, and that the petition for writ of habeas corpus under 28 U.S.C. § 2241 should be dismissed for lack of jurisdiction, for the reasons stated in the magistrate judge's findings and conclusions.

Therefore, the findings, conclusions, and recommendation of the magistrate judge should are ADOPTED.

Lashasta Knighton's petition for writ of habeas corpus under 28 U.S.C. § 2241 be, and is hereby, DISMISSED for lack of jurisdiction.

SIGNED October 19, 2005.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE